# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00401-CV

**Appellants, Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen// Cross-Appellants, Dana Martin and Friendship Homes & Hangars, LLC**

**v.**

**Appellees, Friendship Homes & Hangars, LLC; Windermere Oaks Water Supply Corporation; Dana Martin, William Earnest, Thomas Michael Madden, Robert Mebane, Joe Gimenez, Mike Nelson, David Bertino, and Norman Morse, in their Official Capacities as Directors; Johann Mair; and Michael Mair// Cross-Appellees, Rene Ffrench, John Richard Dial, and Stuart Bruce Sorgen**

### FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
### NO. 48292, THE HONORABLE MARGARET MIRABEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On October 17, 2023, we abated this appeal. The parties have now filed a joint motion to dismiss this appeal and release funds in the registry of the trial court. The parties have moved us to (1) dismiss this appeal and cross-appeal with prejudice; (2) order the Burnet County District Clerk to release all supersedeas funds in accordance with the terms of the parties' settlement agreement; and (3) tax appellate costs against the party incurring them. No opinion has issued.

We reinstate the appeal, grant the motion, and dismiss the appeal and cross-appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(2). Further, we order the Burnet County District Clerk to release all supersedeas funds deposited in the court's registry in accordance with the terms of

the parties' settlement agreement.  *See id.* 24.1(c)(3).  Appellate costs are to be taxed against the party incurring them.  *See id*. 42.1(d).  We order the Clerk of this Court to issue the mandate within ten days of the date of this opinion.  *See id*. 18.1.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Agreed Motion

Filed:   January 10, 2024